District Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HUE XUAN NGHIEM, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>ANNE ARIES CORSANO, *et al.*,<br><br>            Defendants. | CASE NO. 2:21-cv-1518-MJP<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO STAY CASE<br><br>Noted for consideration on:<br>January 11, 2022 |

Plaintiffs bring this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their I-485 applications. Dkt. No. 1. Defendants have yet to answer the Complaint.

USCIS has recently adjudicated the applications of 12 Plaintiffs. The applications of only two Plaintiffs remain pending. USCIS is actively processing these remaining applications. To give USCIS sufficient time, the parties, through their counsel, jointly request that the Court stay this matter with the parties to file a joint status update on or before April 21, 2022. The parties recognize the possibility that this process may moot Plaintiffs' claims.

Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court stay this matter, and order the parties to file a joint status report on or before April 21, 2022.

JOINT STIPULATION
CASE NO. 2:21-cv-1518-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 11th day of January, 2022.

        Respectfully submitted,

        NICHOLAS W. BROWN
        United States Attorney

        *s/ Michelle R. Lambert*
        MICHELLE R. LAMBERT, NYS #4666657
        Assistant United States Attorney
        United States Attorney's Office
        1201 Pacific Avenue, Suite 700
        Tacoma, WA 98402
        Phone:  253-428-3824
        Fax:  253-428-3826
        Email:  michelle.lambert@usdoj.gov
        *Counsel for Defendants*

        *s/ Devin T. Theriot-Orr*
        DEVIN T. THERIOT-ORR, WSBA #33995
        Open Sky Law, PLLC
        20415 72 Ave S., Ste. 110
        Kent, WA  98032
        Phone:  206-962-5052
        Fax:  206-681-9663
        Email:  devin@opensky.law
        *Counsel for Plaintiffs*

JOINT STIPULATION
CASE NO. 2:21-cv-1518-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

The Parties having so stipulated and agreed, the Court hereby ORDERS that this action shall be stayed with all current deadlines stricken, and the parties shall file a Joint Status Report with the Court on or before April 21, 2022.

Dated this <u>14th</u> day of <u>January</u>, 2022.

_____
JAMES L. ROBART
United States District Judge

JOINT STIPULATION
CASE NO. 2:21-cv-1518-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970